

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert L. Nelson, also known as Jamal Myxz<br><br>Plaintiff,<br>V.<br><br>Imperial Beach, City of; South County Superior Court; Sheriff's Department; Imperail Beach / San Diego<br><br>Defendant. | Civil Action No. 17-cv-02210-CAB-KSC<br><br>JUDGMENT IN A CIVIL CASE |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Petitioner's request to proceed In Forma Pauperis is Granted and the Petition is Dismissed without prejudice because this Court must abstain from interfering with the ongoing state criminal proceedings pursuant to the abstention doctrine of Younger v. Harris, 401 U.S. 37 (1971). It Is So Ordered.

Date: 12/18/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Gutierrez
J. Gutierrez, Deputy